**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. __**B-05-1319-MJ**__ |
| | § | |
| **AGUSTIN ZAMORA BARRERA** | § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this

Court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive

counsel, and because the interests of justice so require, the Federal Public Defender is hereby

appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States

District Court, the appointment shall remain in effect until terminated or a substitute attorney is

appointed.

DONE at Brownsville, Texas, on __**DECEMBER 9, 2005**__.

_____
JOHN WM. BLACK
United States Magistrate Judge